# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JOHN DEASON, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. CV415-220 |
| | ) |
| NORFOLK SOUTHERN RAILWAY COMPANY et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

The Court having reviewed and considered the petitions of Amanda M. Morris and Mark E. Toth of the law firm of Hall, Bloch, Garland & Meyer LLP, 577 Mulberry Street, Suite 1500, Macon, Georgia 31201, for permission to appear pro hac vice on behalf of defendant Norfolk Southern Railway Company et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Amanda M. Morris and Mark E. Toth as counsel of record for defendant Norfolk Southern Railway Company et al., in this case.

**SO ORDERED** this __1st__ day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA