UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN DEASON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV415-220 |
| | ) |
| NORFOLK SOUTHERN RAILWAY COMPANY et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

The Court having reviewed and considered the petition of John A. Moss of the law firm of Steel, Moss & Ebert, 3575 Piedmont Road, N.E., 15 Piedmont Center, Suite 1560, Atlanta, Georgia 30305, for permission to appear pro hac vice on behalf of plaintiff John Deason, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter John A. Moss, as counsel of record for plaintiff John Deason, in this case.

**SO ORDERED** this __13th__ day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA