FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 MAY 23 PM 3: 38

CLERK_____
SO. DIST OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN DEASON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY; CLECO CORPORATION, )<br>DWAYNE GIBSON, AND LUCIUS )<br>BOBBIT, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 4:15-cv-00220 |

## ORDER

**THIS MATTER** is before the Court on "Plaintiff's Motion to Amend Complaint and Extend Discovery" filed May 20, 2016. For the reasons set forth therein, the Motion will be **GRANTED**. Discovery now ends on September 20, 2016. Civil motions, including *Daubert* motions but excluding motions *in limine*, are now due on October 20, 2016.

SO ORDERED this 23rd day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA