IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN DEASON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. CV415-220 |
| NORFOLK SOUTHERN RAILWAY COMPANY, CLECO CORPORATION, DWAYNE GIBSON, and LUCIUS BOBBIT, | ) ) ) ) |
| Defendants. | ) ) |

### ORDER

Before the Court is Defendant Norfolk Southern Railway Company's Partial Motion to Dismiss (Doc. 19), Defendants Dwayne Gibson and Lucius Bobbitt's Partial Motion to Dismiss (Doc. 30), and Plaintiff's stipulations agreeing with the motions (Doc. 29; Doc. 37). In the stipulations, the parties agreed to the dismissal of Plaintiff's "failure to promote" claims on the basis that Plaintiff had not properly exhausted his administrative remedies. (Id.) However, Plaintiff has now informed the Court that these errors have been rectified. (Doc. 44.) On May 21, 2016, Plaintiff filed a Consent Motion to Amend Complaint and Extend Discovery (id.), which was granted on May 23, 2016 (Doc. 45). Accordingly, Defendants' motions (Doc. 19; Doc. 30) are **DISMISSED AS MOOT**.

SO ORDERED this 25th day of May 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA