# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN DEASON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV415-220 |
| NORFOLK SOUTHERN RAILWAY, COMPANY, *et al.*, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Discovery in this case is currently set to expire on September 20, 2016. The parties request that the Court stay all discovery and all subsequent deadlines affected by the expiration of discovery pending the outcome of a mediation scheduled for October 27, 2016.[1] Doc. 56. Because that future mediation could well resolve the dispute and moot any need for discovery (at least in this Court), the Court **STAYS** discovery and all related deadlines. The parties shall file a joint status

---

[1] The parties are all in agreement that mediation is appropriate at this time, and the October 27, 2016 date is the "first date of availability for both a mediator agreeable to all parties and all the necessary parties and counsel who must attend the mediation." Doc. 56 at 1.

report indicating the outcome of the mediation and the need, if any, for the stay of discovery to be lifted by November 10, 2016.

**SO ORDERED**, this  21st  day of September, 2016.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA