IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN DEASON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No. 4:15-cv-00220 |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY; CLECO CORPORATION, ) | |
| DWAYNE GIBSON, and LUCIUS ) | |
| BOBBIT, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Come now the parties and announce that they have reached a settlement of all claims.

The parties will file a dismissal of the action as soon as the settlement documents are finalized.

Respectfully submitted this 3rd day of November, 2016.

| | |
|---|---|
| s/ Roy R. Kelly, IV | s/ John Moss |
| Roy R. Kelly, IV | John Moss |
| Georgia Bar No. 413059 | Georgia Bar No. 526579 |
| KELLY & KELLY, LLP | STEEL, MOSS & EBERT |
| 110 Riverview Dr., Suite 202 | 3575 Piedmont Road, NE |
| Savannah, GA 31404 | 15 Piedmont Center, Suite 156 |
| Rkelly@kklegal.com | Atlanta, GA 30305 |
| (912)-234-0411 | jmoss@steel-moss.com |
| (912)-234-1389 – Fax | (404)-264-129 |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |
| | |
| s/ Mark E. Toth | s/ Jeffrey S. Ward |
| Mark E. Toth | Jeffrey S. Ward |
| Georgia Bar No. 714727 | Georgia Bar No. 737277 |
| Amanda M. Morris | Whitney Lay Greene |

1

| | |
|---|---|
| Georgia Bar No. 141676 | Georgia Bar No. 955783 |
| HALL, BLOCH, GARLAND & MEYER, LLP | DREW, ECKL & FARNHAM, LLP |
| P.O. Box 5088 | 777 Gloucester Street, Suite 305 |
| Macon, GA  31208-5088 | Brunswick, GA  31520 |
| marktoth@hbgm.com | jward@deflaw.com |
| amandamorris@hbgm.com | wgreene@deflaw.com |
| (478)-745-7625 | (912)-280-9662 |
| (478)-741-8822 – Fax | (912)-267-0654 – Fax |
| *Attorneys for Norfolk Southern Railway Company, Dwayne Gibson and Lucious Bobbitt* | *Attorneys for Cleco Corporation* |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN DEASON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No. 4:15-cv-00220 |
| | ) | |
| NORFOLK SOUTHERN RAILWAY | ) | |
| COMPANY; CLECO CORPORATION, | ) | |
| DWAYNE GIBSON, and LUCIUS | ) | |
| BOBBIT, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

This 3rd day of November, 2016.

**DREW ECKL & FARNHAM, LLP**

s/ Jeffrey S. Ward
Jeffrey S. Ward
Georgia State Bar No. 737277
*Attorney for Cleco Corporation*

777 Gloucester Street, Suite 305
Brunswick, Georgia  31520
Telephone: (912) 280-9662
Email: Jward@deflaw.com

6782674/1
00284-115604

3